IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELO ANTHONY BARRETT, )<br>    Petitioner, )<br>)<br>vs. )<br>)<br>MICHAEL WENEROWICZ, et al., )<br>    Respondents. ) | Civil Action No. 14-1336 |

O R D E R

AND NOW, this 15th day of December, 2014, after the petitioner, Angelo Anthony Barrett, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 9), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner (ECF No. 1) is dismissed and, because reasonable jurists could not conclude that a basis for appeal exists, a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                                  *s/Nora Barry Fischer*
                                                  Nora Barry Fischer
                                                  United States District Judge

cc: Angelo Anthony Barrett
BA-8595
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112